Dismissed and Memorandum Opinion filed March 26, 2009








Dismissed
and Memorandum Opinion filed March 26, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01118-CV

____________

 

RICHARD W. MCINTOSH, Appellant

 

V.

 

JENIFER MCINTOSH, Appellee

 



 

On Appeal from the
312th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-09428

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 30, 2008.  On February 5, 2009, this
court ordered the parties to mediation.  On March 20, 2009, the parties filed
joint motion to dismiss the appeal because all issues have been settled.  See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Yates, Guzman, and Sullivan.